**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Yolanda McDOW, also known as Yo, Defendant–Appellant.**

No. 09–11233
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Margaret Loraine Schmucker, Austin, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM.*

The attorney appointed to represent Yolanda McDow has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McDow has filed a response. Our independent review of the record, counsel's brief, and McDow's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.